In the Matter of WATERMAN STEAMSHIP CORPORATION, Appellant, against RICHARD P. LYDON, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.

Argued October 3, 1938; decided October 18, 1938.

*Russell C. Gay* and *Edward J. Behrens* for appellant.

*Abraham M. Fisch* for James Volpi et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: LEHMAN, J.